# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to YouTube, LLC | § § § § § § § § § § | MISC. ACTION NO. 2:20-mc-14 |

**PETITIONER BOBBY GOLDSTEIN PRODUCTIONS, INC.'S NOTICE OF REQUEST FOR ISSUANCE OF DMCA SUBPOENA TO IDENTIFY ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h)**

On December 14, 2020, Petitioner Bobby Goldstein Productions, Inc. requested that the Clerk issue a subpoena to identify alleged infringers pursuant to the Digital Millennium Copyright Act's ("DMCA") subpoena provision, 17 U.S.C. § 512(h). Copies of the request, the declaration of Jeffrey R. Bragalone, and the proposed subpoena are attached hereto as Exhibits 1, 2, and 3, respectively.

| | |
|---|---|
| Dated: December 14, 2020 | Respectfully submitted,<br><br>/s/ *Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone<br>Texas Bar No. 02855775<br>Daniel F. Olejko<br>Texas Bar No. 24108897<br>Christian Snyder<br>Texas Bar No. 24093179<br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>dolejko@bcpc-law.com<br>csynder@bcpc-law.com<br><br>***Counsel for Petitioner***<br>***Bobby Goldstein Productions, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 14th day of December, 2020.

/s/ *Daniel F. Olejko*
Daniel F. Olejko